CHATEAUGAY AGRICULTURAL SOCIETY, Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Action by the Chateaugay Agricultural Society against James Farley.

PER CURIAM. Order affirmed with $10 costs and disbursements.

SMITH, P. J., dissents.

CHILVERS et al., Respondents, v. CITIZENS' BANK OF PENN YAN, Appellant. (Supreme Court, Fourth Department. May 7, 1913.) Action by Horace E. Chilvers and others against Citizens' Bank of Penn Yan. No opinion. Judgment and order affirmed, with costs.

CHINA & JAPAN TRADING CO., Appellant, v. J. SPENCER TURNER CO., Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by China & Japan Trading Company against J. Spencer Turner Company. C. J. Heermance, of New York City, for appellant. E. D. Worcester, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CHOATE, Appellant, v. MATTHEWSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Allen E. Choate against Anna E. Matthewson.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence presented on the question of fact as to the agency of Fred S. Matthewson for his wife, Anna E. Matthewson, in a contract for the sale of the property in question, should have been submitted to the jury.

FOOTE, J., dissents.

CITY OF NEW YORK, Respondent, v. UVALDE ASPHALT PAVING CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Proceedings by the City of New York against Uvalde Asphalt Paving Company and another. E. M. Grout, of New York City, for appellants. T. Farley, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on authority of Mack Paving Co. v. City, 142 App. Div. 702, 127 N. Y. Supp. 738. Order filed. See, also, 154 App. Div. 112, 138 N. Y. Supp. 1029.

CLAPP v. SCHAUS. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Marshall Clapp against Sophie J. Schaus. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 451.

CLINE et al., Appellants, v. STEPHENS et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Action by Timothy Cline and others against William M. Stephens and others. No opinion. Judgment unanimously affirmed, with costs. See, also, 147 App. Div. 926, 131 N. Y. Supp. 1108.

COHEN, Appellant, v. KOHLER, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Mabel Cohen against John F. Kohler. No opinion. Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

COLES v. MANES et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by John E. Coles against Max Manes and others, in which Beckie Rosenberg appeals. No opinion. Orders affirmed, with $10 costs and disbursements.

COLLIGAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Rose M. Colligan, as administratrix, etc., against the City of New York. No opinion. Motion for reargument (of 140 N. Y. Supp. 271) denied, with $10 costs.

COMBS, Appellant, v. WHRITENOUR, Respondent. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Edgar Combs against John C. Whritenour. No opinion. Order of the County Court of Nassau County reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that the time to appeal had expired.

COMERFORD v. MOFFAT et al. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Delia Comerford against Jennie A. Moffat and others. No opinion. Motion granted, with $10 costs. Order filed.

CONNELL, Respondent, v. HEYDENREICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by William F. Connell against Louis V. Heydenreich and others.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce said judgment to the sum of $4,041.60, exclusive of the taxed costs and disbursements, in which event the judgment, as so modified, is unanimously affirmed, without costs of this appeal. See, also, 140 N. Y. Supp. 1114.

CONNELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Katherine Con-